**CHRISTENSEN JAMES & MARTIN**
Evan L. James, Esq. (7760)
Laura J. Wolff, Esq. (6869)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
Email: elj@cjmlv.com, ljw@cjmlv.com
*Attorneys for California Ironworkers Field Pension Trust, California Ironworkers Field Welfare Trust, California and Vicinity Field Ironworkers Annuity Fund, California Field Ironworkers Vacation Trust Fund, California Field Ironworkers Apprenticeship Training and Journeyman Retraining Fund, Ironworkers Workers' Compensation Trust, California Field Ironworkers Administrative Trust, and California Field Ironworkers Labor Management Cooperative Trust*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| The Trustees of the California Ironworkers Field Pension Trust, California Ironworkers Field Welfare Trust, California and Vicinity Field Ironworkers Annuity Fund, California Field Ironworkers Vacation Trust Fund, California Field Ironworkers Apprenticeship Training and Journeyman Retraining Fund, Ironworkers Workers' Compensation Trust, California Field Ironworkers Administrative Trust, and California Field Ironworkers Labor Management Cooperative Trust,<br><br>Plaintiffs,<br>vs.<br><br>Freyssinet, Inc., a Delaware corporation; Western Surety Company, a South Dakota Company; M. A. Mortenson Company, a Minnesota corporation; | Case No.: 2:20-cv-01519-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS FREYSSINET, INC. AND WESTERN SURETY COMPANY TO RESPOND TO THE COMPLAINT**<br><br>**(FIRST REQUEST)** |

|   |   |
|---|---|
| 1 | McCarthy Building Companies, Inc., a Missouri corporation; Federal Insurance Company, an Illinois corporation; and Mortenson-McCarthy Las Vegas Stadium, a Joint Venture, a general partnership; Merchants Bonding Company, an Iowa Company; Travelers Casualty and Surety Company of America, a Connecticut surety; John Does I-XX, inclusive; and Roe Entities I-XX, inclusive, |
|   | Defendants. |

WHEREAS, Plaintiffs have served Defendants Freyssinet Inc. ("Freyssinet") and Western Surety Company ("Western Surety") with their Complaint;

WHEREAS, Freyssinet's responsive pleading is due on December 6, 2020 and Western Surety's is due on October 25, 2020;

WHEREAS, Western Surety has tendered its defense to Freyssinet and Freyssinet is evaluating that tender;

WHEREAS, the parties are actively engaged in settlement discussions;

WHEREAS, Plaintiffs and Freyssinet have agreed that extending the due date for Freyssinet's and Western Surety's respective responsive pleadings will allow Freyssinet time to evaluate Western Surety's tender and will allow the parties time to further engage in meaningful settlement discussions that could resolve the case or reduce the scope of the issues in dispute;

WHEREFORE, IT IS HEREBY STIPULATED by Plaintiffs and Freyssinet, by and through their undersigned counsel of record, that pursuant to LR IA 6.1, that Freyssinet and Western Surety shall have up to and including December 6, 2020 within which to answer or otherwise respond to the Complaint.

///

///

1  This is the first stipulation to extend time by which Freyssinet and Western Surety
2  must respond to the complaint.
3      Dated this 23rd day of October, 2020.

4  CHRISTENSEN JAMES & MARTIN           COZEN O'CONNOR

5  By:/s/ Laura J. Wolff
   Laura J. Wolff, Esq. (6869)           By: /s/ Michael W. Melendez
6  Evan L. James, Esq. (7760)            Michael W. Melendez, Esq. (6741)
7  7440 W. Sahara Avenue                 3753 Howard Hughes Parkway, Suite 200
   Las Vegas, Nevada 89117               Las Vegas, NV 89169
8  Tel: (702) 255-1718                   Tel: (415) 593-9610
   Fax: (702) 255-0871                   Fax: (415) 692-3688
9  Email: ljw@cjmlv.com;                 Email: mmelendez@cozen.com
   elj@cjmlv.com                         *Attorneys for Defendant Freyssinet, Inc.*
10 *Attorneys for Plaintiffs*

            IT IS SO ORDERED:

            _____
            UNITED STATES MAGISTRATE JUDGE
            Dated: October 26, 2020
            _____