**CHRISTENSEN JAMES & MARTIN**
Evan L. James, Esq. (7760)
Laura J. Wolff, Esq. (6869)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone:  (702) 255-1718
Facsimile:  (702) 255-0871
Email: elj@cjmlv.com, ljw@cjmlv.com
*Attorneys for California Ironworkers Field Pension Trust, California Ironworkers Field Welfare Trust, California and Vicinity Field Ironworkers Annuity Fund, California Field Ironworkers Vacation Trust Fund, California Field Ironworkers Apprenticeship Training and Journeyman Retraining Fund, Ironworkers Workers' Compensation Trust, California Field Ironworkers Administrative Trust, and California Field Ironworkers Labor Management Cooperative Trust*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| The Trustees of the California Ironworkers Field Pension Trust, California Ironworkers Field Welfare Trust, California and Vicinity Field Ironworkers Annuity Fund, California Field Ironworkers Vacation Trust Fund, California Field Ironworkers Apprenticeship Training and Journeyman Retraining Fund, Ironworkers Workers' Compensation Trust, California Field Ironworkers Administrative Trust, and California Field Ironworkers Labor Management Cooperative Trust, <br><br>            Plaintiffs, <br><br>vs. <br><br>Freyssinet, Inc., a Delaware corporation; Western Surety Company, a South Dakota Company; M. A. Mortenson Company, a Minnesota corporation; | Case No.:  2:20-cv-01519-RFB-EJY <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS FREYSSINET, INC. AND WESTERN SURETY COMPANY TO RESPOND TO THE COMPLAINT** <br><br> **(SECOND REQUEST)** |

| | |
|---|---|
| 1 | McCarthy Building Companies, Inc., a Missouri corporation; Federal Insurance Company, an Illinois corporation; and Mortenson-McCarthy Las Vegas Stadium, a Joint Venture, a general partnership; Merchants Bonding Company, an Iowa Company; Travelers Casualty and Surety Company of America, a Connecticut surety; John Does I-XX, inclusive; and Roe Entities I-XX, inclusive, |
| | Defendants. |

WHEREAS, on October 26, 2020, this Court signed an Order [Doc. 10] extending Defendants Freyssinet, Inc. ("Freyssinet") and Western Surety Company's ("Western") time to respond to the Complaint up to and including December 6, 2020;

WHEREAS, the Plaintiffs, Freyssinet and Western have agreed to extend the time again, up to and including December 18, 2020;

WHEREAS, the parties are actively engaged in settlement discussions;

WHEREAS, Plaintiffs and Freyssinet have agreed that extending the due date for Freyssinet's and Western's respective responsive pleadings will allow time for the parties to further engage in meaningful settlement discussions that could resolve the case or reduce the scope of the issues in dispute;

WHEREFORE, IT IS HEREBY STIPULATED by Plaintiffs and Freyssinet, by and through their undersigned counsel of record, that pursuant to LR IA 6.1, that Freyssinet and Western shall have up to and including December 18, 2020 within which to answer or otherwise respond to the Complaint.

///
///
///

This is the second stipulation to extend time by which Freyssinet and Western Surety must respond to the complaint.

Dated this 4th day of December, 2020.

| | |
|---|---|
| CHRISTENSEN JAMES & MARTIN | COZEN O'CONNOR |
| By:*/s/ Laura J. Wolff* <br> Laura J. Wolff, Esq. (6869) <br> Evan L. James, Esq. (7760) <br> 7440 W. Sahara Avenue <br> Las Vegas, Nevada 89117 <br> Tel: (702) 255-1718 <br> Fax: (702) 255-0871 <br> Email: ljw@cjmlv.com; <br> elj@cjmlv.com <br> *Attorneys for Plaintiffs* | By: */s/ Michael W. Melendez* <br> Michael W. Melendez, Esq. (6741) <br> 3753 Howard Hughes Parkway, Suite 200 <br> Las Vegas, NV 89169 <br> Tel: (415) 593-9610 <br> Fax: (415) 692-3688 <br> Email: mmelendez@cozen.com <br> *Attorneys for Defendant Freyssinet, Inc.* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: December 4, 2020