|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | DISTRICT OF NEVADA | |
| 3 | * * * | |
| 4 | THE TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST, CALIFORNIA IRONWORKERS FIELD WELFARE TRUST, CALIFORNIA AND VICINITY FIELD IRONWORKERS ANNUITY FUND, CALIFORNIA FIELD IRONWORKERS VACATION TRUST FUND, CALIFORNIA FIELD IRONWORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUND, IRONWORKERS WORKERS' COMPENSATION TRUST, CALIFORNIA FIELD IRONWORKERS ADMINISTRATIVE TRUST, AND CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST, | Case No. 2:20-cv-01519-RFB-EJY |
| | Plaintiffs, | **ORDER** |
| | v. | |
| | FREYSSINET, INC., A DELAWARE CORPORATION; WESTERN SURETY COMPANY, A SOUTH DAKOTA COMPANY; M. A. MORTENSON COMPANY, A MINNESOTA CORPORATION; MCCARTHY BUILDING COMPANIES, INC., A MISSOURI CORPORATION; FEDERAL INSURANCE COMPANY, AN ILLINOIS CORPORATION; AND MORTENSON-MCCARTHY LAS VEGAS STADIUM, A JOINT VENTURE, A GENERAL PARTNERSHIP; MERCHANTS BONDING COMPANY, AN IOWA COMPANY; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, A CONNECTICUT SURETY; JOHN DOES I-XX, INCLUSIVE; AND ROE ENTITIES I-XX, INCLUSIVE | |
| | Defendants. | |

Before the Court is the Joint Status Report. ECF No. 26. The parties state that this matter may be resolved or the amount in dispute may substantially be narrowed once Plaintiffs' amended

1

audit is completed. *Id.* at 5. The parties further state that the amounts Plaintiffs receive from the Steel Partners Bankruptcy distribution will reduce the amounts at issue in this action and that it is uncertain at this time when such distribution will be made.

Good cause appearing, IT IS HEREBY ORDERED that the telephonic status conference currently set for July 16, 2021 at 10:00 a.m. is VACATED and rescheduled to **October 8, 2021 at 10:00 a.m.** The parties are instructed to call the Audio Conference Line at **(888) 251-2909, access code 7771745**, five (5) minutes prior to the hearing time. Please remain on the line until such time as the Court joins the call and convenes the proceedings. The use of a cell phone or speaker phone during the call is prohibited. The call must be made using a land line.

IT IS FURTHER ORDERED that the parties shall submit a joint status report on or before October 1, 2021.

IT IS FURTHER ORDERED that the following scheduling order shall apply to this case:

- Discovery Cut off: November 15, 2021
- Amend Pleadings/Add Parties: August 17, 2021
- Initial Expert Disclosures Due: September 16, 2021
- Rebuttal Expert Disclosures Due: October 18, 2021
- Dispositive Motions Due: November 18, 2021
- Pretrial Order Due: December 20, 2021[1]

Dated this 12th day of July, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

---

[1] If the parties file Dispositive Motions, then the duty to submit a Pretrial Order shall be suspended until thirty (30) days after the final decision on the Dispositive Motions or further Order of the Court.

2