**CHRISTENSEN JAMES & MARTIN**
Evan L. James, Esq. (7760)
Laura J. Wolff, Esq. (6869)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone:  (702) 255-1718
Facsimile:  (702) 255-0871
Email: elj@cjmlv.com, ljw@cjmlv.com
*Attorneys for California Ironworkers Field Pension Trust,*
*California Ironworkers Field Welfare Trust, California and*
*Vicinity Field Ironworkers Annuity Fund, California Field*
*Ironworkers Vacation Trust Fund, California Field Ironworkers*
*Apprenticeship Training and Journeyman Retraining Fund,*
*Ironworkers Workers' Compensation Trust, California Field*
*Ironworkers Administrative Trust, and California*
*Field Ironworkers Labor Management Cooperative Trust*

CHRISTENSEN JAMES & MARTIN, CHTD.
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

The Trustees of the California
Ironworkers Field Pension Trust,
California Ironworkers Field Welfare
Trust, California and Vicinity Field
Ironworkers Annuity Fund, California
Field Ironworkers Vacation Trust Fund,
California Field Ironworkers
Apprenticeship Training and Journeyman
Retraining Fund, Ironworkers Workers'
Compensation Trust, California Field
Ironworkers Administrative Trust, and
California Field Ironworkers Labor
Management Cooperative Trust,

                    Plaintiffs,

vs.

Freyssinet, Inc., a Delaware corporation;
Western Surety Company, a South
Dakota Company; M. A. Mortenson
Company, a Minnesota corporation;

Case No.:  2:20-cv-01519-RFB-EJY

**STIPULATION AND ORDER FOR
EXTENSION OF TIME FOR
DEFENDANT  RAYDEO
ENTERPRISES, INC. TO ANSWER
AMENDED COMPLAINT**

| | |
|---|---|
| 1 | McCarthy Building Companies, Inc., a Missouri corporation; Federal Insurance |
| 2 | Company, an Illinois corporation; and Mortenson-McCarthy Las Vegas |
| 3 | Stadium, a Joint Venture, a general partnership; Merchants Bonding |
| 4 | Company, an Iowa Company; Travelers |
| 5 | Casualty and Surety Company of |
| 6 | America, a Connecticut surety;  Raydeo Enterprises, Inc., a Georgia Corporation; |
| 7 | Suretec Insurance Company, a Texas |
| 8 | surety; John Does I-XX, inclusive; and Roe Entities I-XX, inclusive, |
| 9 | |

10

11                                   Defendants.

12    IT IS HEREBY STIPULATED by the parties, by and through their undersigned counsel

13 of record, pursuant to LR IA 6.1, that Defendant Raydeo Enterprises, Inc., shall have up to and

14 including **September 27, 2021** within which to answer or otherwise respond to the Complaint.

15 Defendant Raydeo Enterprises, Inc. was served on **August 28, 2021**, so its response would be due

16 on **September 20, 2021**.

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

Good cause exists to extend the time within which to file a responsive pleading. The requested extension will provide the parties with the opportunity to further explore settlement negotiations. This is the first stipulation to extend the time by which Defendant must answer the complaint.

Dated this 17th day of September, 2021.

CHRISTENSEN JAMES & MARTIN

By:/s/ Laura J. Wolff
Laura J. Wolff, Esq. (6869)
Evan L. James, Esq. (7760)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Tel: (702) 255-1718
Fax: (702) 255-0871
Email: ljw@cjmlv.com;
elj@cjmlv.com
*Attorneys for Plaintiffs*

FLINT CONNOLLY & WALKER, LLP

By: /s/ S. David L. Walker, Jr.
David L. Walker, Esq. (1663)
131 East Main Street
Canton, Georgia 30114
Tel:  770-720-4411
Fax:  770-720-3030
Email:  dwalker@fcwlawfirm.com
*Attorneys for Defendant Raydeo Enterprises, Inc.*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated:_ September 20, 2021 _____