**CHRISTENSEN JAMES & MARTIN**
Evan L. James, Esq. (7760)
Laura J. Wolff, Esq. (6869)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone:  (702) 255-1718
Facsimile:  (702) 255-0871
Email: elj@cjmlv.com, ljw@cjmlv.com
*Attorneys for California Ironworkers Field Pension Trust, California Ironworkers Field Welfare Trust, California and Vicinity Field Ironworkers Annuity Fund, California Field Ironworkers Vacation Trust Fund, California Field Ironworkers Apprenticeship Training and Journeyman Retraining Fund, Ironworkers Workers' Compensation Trust, California Field Ironworkers Administrative Trust, and California Field Ironworkers Labor Management Cooperative Trust*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| The Trustees of the California Ironworkers Field Pension Trust, California Ironworkers Field Welfare Trust, California and Vicinity Field Ironworkers Annuity Fund, California Field Ironworkers Vacation Trust Fund, California Field Ironworkers Apprenticeship Training and Journeyman Retraining Fund, Ironworkers Workers' Compensation Trust, California Field Ironworkers Administrative Trust, and California Field Ironworkers Labor Management Cooperative Trust,<br><br>           Plaintiffs,<br>vs.<br><br>Freyssinet, Inc., a Delaware corporation; Western Surety Company, a South Dakota Company; M. A. Mortenson Company, a Minnesota corporation; | Case No.: 2:20-cv-01519-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTIONS DEADLINES** |

|   |   |
|---|---|
| 1 | McCarthy Building Companies, Inc., a Missouri corporation; Federal Insurance Company, an Illinois corporation; and Mortenson-McCarthy Las Vegas Stadium, a Joint Venture, a general partnership; Merchants Bonding Company, an Iowa Company; Travelers Casualty and Surety Company of America, a Connecticut surety; John Does I-XX, inclusive; and Roe Entities I-XX, inclusive, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | Defendants. |

Trustees of the California Ironworkers Field Pension Trust, et al. ("Plaintiffs"), by and through their counsel, Christensen James & Martin, Chtd., Defendants Freyssinet, Inc. ("Freyssinet") and Western Surety Company ("Western"), by and through their counsel Cozen O'Connor, Defendants M. A. Mortenson Company, McCarthy Building Companies, Inc., Mortenson-McCarthy Las Vegas Stadium, Federal Insurance Company and Travelers Casualty and Surety Company of America, by and through their counsel, McDonald Carano LLP and Defendants Raydeo Enterprises, Inc. ("Raydeo") and Suretec Insurance Company ("Suretec"), by and through their counsel, Santoro Whitmire (collectively the "Stipulating Parties"), hereby submit this Stipulation and Order to Extend the dispositive motion date.

On August 12, 2021 [ECF No. 29], this Court signed a Stipulation and Order which extended the dispositive motion cut-off date to February 16, 2022. Thereafter, on October 6, 2021, the Court entered its Status Conference Order [ECF No. 44] setting a Settlement Conference for February 23, 2022 with confidential briefs due on February 16, 2022. Due to the setting of the Settlement Conference, the Parties stipulate that the date set for dispositive motions should be extended to 30 days after the Settlement Conference or March 25, 2022. This will give the Parties time to prepare their dispositive motions after the Settlement Conference, if needed.

///

///

The Stipulating Parties respectfully request that this Court approve the Stipulation to extend the due date for dispositive motions to March 25, 2022.

Dated this 8th day of February 2022.

| CHRISTENSEN JAMES & MARTIN | COZEN O'CONNOR |
|---|---|
| By:/s/ Laura J. Wolff<br>Laura J. Wolff, Esq. (6869)<br>Evan L. James, Esq. (7760)<br>7440 W. Sahara Avenue<br>Las Vegas, Nevada 89117<br>Tel: (702) 255-1718<br>Fax: (702) 255-0871<br>Email: ljw@cjmlv.com;<br>elj@cjmlv.com<br>*Attorneys for Plaintiffs* | By: /s/ Michael W. Melendez<br>Michael W. Melendez, Esq. (6741)<br>3753 Howard Hughes Parkway, Suite 200<br>Las Vegas, NV 89169<br>Tel: (415) 593-9610<br>Fax: (415) 692-3688<br>Email: mmelendez@cozen.com<br>*Attorneys for Defendant Freyssinet, Inc.* |
| MCDONALD CARANO, LLP | SANTORO WHITMIRE |
| By:   /s/ George F. Ogilvie<br>George F. Ogilvie III, Esq. (3552)<br>2300 W Sahara Ave., Suite 1200<br>Las Vegas, NV 89102<br>gogilvie@mcdonaldcarano.com<br>*Attorneys for M. A. Mortenson Company, McCarthy Building Companies, Inc., Mortenson-McCarthy Las Vegas Stadium, a Joint Venture, Federal Insurance Company and Travelers Casualty and Surety Company of America* | By: /s/ James E. Whitmire<br>James E. Whitmire, Esq. ( 6533)<br>10100 W. Charleston Blvd., Suite 250<br>Las Vegas, Nevada 89135<br>Telephone: (702) 948-8771<br>Facsimile:   (702) 948-8773<br>Email: jwhitmire@santoronevada.com<br>*Attorneys for Defendants Raydeo and Suretec* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: February 9, 2022