**CHRISTENSEN JAMES & MARTIN**
Evan L. James, Esq. (7760)
Laura J. Wolff, Esq. (6869)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone:  (702) 255-1718
Facsimile:  (702) 255-0871
Email: elj@cjmlv.com, ljw@cjmlv.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| The Trustees of the California Ironworkers Field Pension Trust, California Ironworkers Field Welfare Trust, California and Vicinity Field Ironworkers Annuity Fund, California Field Ironworkers Vacation Trust Fund, California Field Ironworkers Apprenticeship Training and Journeyman Retraining Fund, Ironworkers Workers' Compensation Trust, California Field Ironworkers Administrative Trust, and California Field Ironworkers Labor Management Cooperative Trust, | Case No.:  2:20-cv-01519-RFB-EJY |
| Plaintiffs, | **STIPULATION AND ORDER TO EXTEND DISCOVERY CUT-OFF DATE** |
| vs. | **[Second Request]** |
| Freyssinet, Inc., a Delaware corporation; Western Surety Company, a South Dakota Company; M. A. Mortenson Company, a Minnesota corporation; McCarthy Building Companies, Inc., a Missouri corporation; Federal Insurance Company, an Illinois corporation; and Mortenson-McCarthy Las Vegas Stadium, a Joint Venture, a general partnership; Merchants Bonding Company, an Iowa Company; Travelers | |

*Sidebar (rotated):* **CHRISTENSEN JAMES & MARTIN, CHTD.** 7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117 PH: (702) 255-1718 § FAX: (702) 255-0871

1  Casualty and Surety Company of
   America, a Connecticut surety; John
2  Does I-XX, inclusive; and Roe Entities I-
   XX, inclusive,
3

4              Defendants.

5

6

7          The Trustees of the California Ironworkers Field Pension Trust, et al. ("Plaintiffs"), by

8  and through their counsel, Christensen James & Martin, Chtd., Defendants Freyssinet, Inc.

9  ("Freyssinet") and Western Surety Company ("Western"), by and through their counsel Cozen

10 O'Connor, Defendants M. A. Mortenson Company, McCarthy Building Companies, Inc.,

11 Mortenson-McCarthy Las Vegas Stadium, Federal Insurance Company and Travelers Casualty

12 and Surety Company of America, by and through their counsel, McDonald Carano LLP and

13 Defendants Raydeo Enterprises, Inc. ("Raydeo") and Suretec Insurance Company ("Suretec"), by

14 and through their counsel, Flint Connolly & Walker, LLP (collectively the "Stipulating Parties"),

15 hereby submit this Stipulation and Order to Extend the discovery cut-off date.

16
17    1.  On August 12, 2021 [ECF No. 29], this Court signed a Stipulation and Order which
18        extended the discovery cut-off date to February 13, 2022.
19
20    2.  On August 13, 2021, Raydeo was joined as a Defendant later in time as compared to other
21        Defendants.

22    3.  The Court held a status conference on October 6, 2021, wherein a settlement conference
23        was discussed.  At the time, Raydeo had just recently appeared in the case.  The
24        scheduling of the settlement conference was at the suggestion of Raydeo and/or supported
25        by Raydeo to save the time and expense associated with protracted litigation and/or
26

27

discovery.  Dates were set during the status conference.  At the time, Raydeo noted that it may need additional time after the settlement conference to conduct discovery.

4.  The Court ordered Plaintiffs to produce their audit on February 1, 2022.

5.  Raydeo supplied records to Plaintiffs on November 8, 2021 and December 24, 2021.

6.  On or about January 13, 2022, Plaintiffs learned that Raydeo had hired a subcontractor, Standard Steel. Documents regarding Standard Steel were provided to Plaintiffs on January 18, 2022. Standard Steel provided their own payroll documents on February 17, 2022.

7.  The Standard Steel portion of the audit will not be completed until after the current discovery cut-off date of February 13, 2022.

8.  On or about February 1, 2022, Plaintiffs produced their audit results.

9.  Issues remain as to the completeness of what was reported; however, the parties are prepared to move forward with the Settlement Conference.  The portion of the audit that remains to be completed relates only to work performed by Raydeo's subcontractor Standard Steel.

10. The Parties are requesting an additional 60 days, moving the Discovery Cut-off Date to Thursday, April 14, 2022.

11. To the extent Raydeo needs additional time for discovery as a newly added defendant, Raydeo seeks additional time.  This issue was raised with the Court when the Settlement Conference was set.

12. The Stipulating Parties are hopeful that all issues (possibly even including those related to Standard Steel's work at the Project) will be settled at the Settlement Conference scheduled for February 23, 2022.

13. Extending the Discovery Cut-Off Date as requested will allow Plaintiffs to complete the final part of the audit related to work performed by Standard Steel. Entering into this stipulation is the most cost-effective, efficient, and fair course of action for the Parties. This Stipulation is not being entered into for any improper purpose or to cause undue delay.

14. The Stipulating Parties respectfully request that this Court approve the Stipulation and allow discovery to continue through the date of Thursday, April 14, 2022.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

4

15. Raydeo reserves the right to seek additional modifications/extensions in light of the timing of its addition to the case as a party defendant.

Dated this 18th day of February, 2022.

CHRISTENSEN JAMES & MARTIN

By:/s/ Laura  J. Wolff
Laura J. Wolff, Esq. (6869)
Evan L. James, Esq. (7760)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Tel: (702) 255-1718
Fax: (702) 255-0871
Email: ljw@cjmlv.com;
elj@cjmlv.com
*Attorneys for Plaintiffs*

MCDONALD CARANO LLP

By: /s/ George F. Ogilvie
George F. Ogilvie III, Esq. (3552)
2300 W Sahara Ave., Suite 1200
Las Vegas, NV 89102
gogilvie@mcdonaldcarano.com
*Attorneys for M. A. Mortenson Company,*
*McCarthy Building Companies, Inc.,*
*Mortenson-McCarthy Las Vegas Stadium,*
*a Joint Venture, Federal Insurance*
*Company and Travelers Casualty and*
*Surety Company of America*

COZEN O'CONNOR

By: /s/ Michael W. Melendez
Michael W. Melendez, Esq. (6741)
3753 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Tel: (415) 593-9610
Fax: (415) 692-3688
Email: mmelendez@cozen.com
*Attorneys for Defendant Freyssinet, Inc.*

FLINT CONNOLLY & WALKER, LLP

By: /s/ David L. Walker
David L. Walker, Esq. (1663)
131 East Main Street
Canton, Georgia 30114
Tel:  770-720-4411
Fax:  770-720-3030
Email:  dwalker@fcwlawfirm.com
*Attorneys for Defendant Raydeo Enterprises, Inc.*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated:_____February 18, 2022_____