**CHRISTENSEN JAMES & MARTIN**
Evan L. James, Esq. (7760)
Laura J. Wolff, Esq. (6869)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
Email: elj@cjmlv.com, ljw@cjmlv.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| The Trustees of the California Ironworkers Field Pension Trust, California Ironworkers Field Welfare Trust, California and Vicinity Field Ironworkers Annuity Fund, California Field Ironworkers Vacation Trust Fund, California Field Ironworkers Apprenticeship Training and Journeyman Retraining Fund, Ironworkers Workers' Compensation Trust, California Field Ironworkers Administrative Trust, and California Field Ironworkers Labor Management Cooperative Trust, <br><br> Plaintiffs, <br><br> vs. <br><br> Freyssinet, Inc., a Delaware corporation; Western Surety Company, a South Dakota Company; M. A. Mortenson Company, a Minnesota corporation; McCarthy Building Companies, Inc., a Missouri corporation; Federal Insurance Company, an Illinois corporation; and Mortenson-McCarthy Las Vegas Stadium, a Joint Venture, a general partnership; Merchants Bonding Company, an Iowa Company; Travelers | Case No.: 2:20-cv-01519-RFB-EJY <br><br> **STIPULATION AND ORDER TO AMEND STATUS HEARING DATE** |

Casualty and Surety Company of America, a Connecticut surety; John Does I-XX, inclusive; and Roe Entities I-XX, inclusive,

Defendants.

The Trustees of the California Ironworkers Field Pension Trust, et al. ("Plaintiffs"), by and through their counsel, Christensen James & Martin, Chtd., Defendants Freyssinet, Inc. ("Freyssinet") and Western Surety Company ("Western"), by and through their counsel Cozen O'Connor, Defendants M. A. Mortenson Company, McCarthy Building Companies, Inc., Mortenson-McCarthy Las Vegas Stadium, Federal Insurance Company and Travelers Casualty and Surety Company of America, by and through their counsel, McDonald Carano LLP and Defendants Raydeo Enterprises, Inc. ("Raydeo") and Suretec Insurance Company ("Suretec"), by and through their counsel, Flint Connolly & Walker, LLP (collectively the "Stipulating Parties"), hereby submit this Stipulation and Order to Amend Status Hearing Date, as follows.

1. On February 24, 2022 [ECF No. 59], this Court set a telephonic status conference for May 25, 2022 at 10:00 a.m. with regard to the Settlement Conference held on February 23, 2022.

2. On or about May 9, 2022, a Settlement Agreement was signed by all named parties in this case.

3. Therefore, the Stipulating Parties respectfully request that this Court move the status hearing date to the end of August, 2022.

///

///

Dated this 10th day of May, 2022.

| | |
|---|---|
| **CHRISTENSEN JAMES & MARTIN**<br><br>By:*/s/ Laura J. Wolff*<br>Laura J. Wolff, Esq. (6869)<br>Evan L. James, Esq. (7760)<br>7440 W. Sahara Avenue<br>Las Vegas, Nevada 89117<br>Tel: (702) 255-1718<br>Fax: (702) 255-0871<br>Email: ljw@cjmlv.com;<br>elj@cjmlv.com<br>*Attorneys for Plaintiffs* | **COZEN O'CONNOR**<br><br>By: */s/ Michael W. Melendez*<br>Michael W. Melendez, Esq. (6741)<br>3753 Howard Hughes Parkway, Suite 200<br>Las Vegas, NV 89169<br>Tel: (415) 593-9610<br>Fax: (415) 692-3688<br>Email: mmelendez@cozen.com<br>*Attorneys for Defendant Freyssinet, Inc.* |
| **MCDONALD CARANO LLP**<br><br>By: */s/ George F. Ogilvie*<br>George F. Ogilvie III, Esq. (3552)<br>2300 W Sahara Ave., Suite 1200<br>Las Vegas, NV 89102<br>gogilvie@mcdonaldcarano.com<br>*Attorneys for M. A. Mortenson Company, McCarthy Building Companies, Inc., Mortenson-McCarthy Las Vegas Stadium, a Joint Venture, Federal Insurance Company and Travelers Casualty and Surety Company of America* | **FLINT CONNOLLY & WALKER, LLP**<br><br>By: */s/ David L. Walker*<br>David L. Walker, Esq. (1663)<br>131 East Main Street<br>Canton, Georgia 30114<br>Tel: 770-720-4411<br>Fax: 770-720-3030<br>Email: dwalker@fcwlawfirm.com<br>*Attorneys for Defendant Raydeo Enterprises, Inc.* |

**IT IS HEREBY ORDERED** that the Stipulation and Order to Amend Status Hearing Date (ECF No. 60) is **GRANTED.**

**IT IS FURTHER ORDERED** that the telephonic status conference currently set for May 25, 2022 at 10:00 a.m. is vacated and rescheduled to August 30, 2022 at 10:00 a.m.

**Parties are instructed to call the Audio Conference Line at (888) 251-2909, access code 7771745, five (5) minutes prior to the hearing time. Please remain on the line until such time as the Court joins the call and convenes the proceedings. The use of a cell phone or speaker phone during the call is prohibited. The call must be made using a land line.**

_____
**U.S. MAGISTRATE JUDGE**

**Dated: May 10, 2022**

3