# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| The Trustees of the California Ironworkers Field Pension Trust, California Ironworkers Field Welfare Trust, California and Vicinity Field Ironworkers Annuity Fund, California Field Ironworkers Vacation Trust Fund, California Field Ironworkers Apprenticeship Training and Journeyman Retraining Fund, Ironworkers Workers' Compensation Trust, California Field Ironworkers Administrative Trust, and California Field Ironworkers Labor Management Cooperative Trust, | Case No.: 2:20-cv-01519-ART-EJY<br><br>**STIPULATION TO DISMISS WITH PREJUDICE ENTIRE ACTION** |
| Plaintiffs, | |
| vs. | |
| Freyssinet, Inc., a Delaware corporation; Western Surety Company, a South Dakota Company; M. A. Mortenson Company, a Minnesota corporation; McCarthy Building Companies, Inc., a Missouri corporation; Federal Insurance Company, an Illinois corporation; and Mortenson-McCarthy Las Vegas Stadium, a Joint Venture, a general partnership; Merchants Bonding Company, an Iowa Company; Travelers | |

Casualty and Surety Company of America, a Connecticut surety; John Does I-XX, inclusive; and Roe Entities I-XX, inclusive,

Defendants.

The Trustees of the California Ironworkers Field Pension Trust, et al. ("Plaintiffs"), by and through their counsel, Christensen James & Martin, Chtd., Defendants Freyssinet, Inc. ("Freyssinet") and Western Surety Company ("Western"), by and through their counsel Cozen O'Connor, Defendants M. A. Mortenson Company, McCarthy Building Companies, Inc., Mortenson-McCarthy Las Vegas Stadium, Federal Insurance Company and Travelers Casualty and Surety Company of America, by and through their counsel, McDonald Carano LLP and Defendants Raydeo Enterprises, Inc. ("Raydeo") and Suretec Insurance Company ("Suretec"), by and through their counsel, Flint Connolly & Walker, LLP, hereby stipulate pursuant to FRCP 41(a)(1)(A)(ii) that the above captioned action is dismissed with prejudice, each side to bear its own fees and costs.

Dated this 22nd day of September, 2022.

CHRISTENSEN JAMES & MARTIN

By:/s/ Laura J. Wolff
Laura J. Wolff, Esq. (6869)
Evan L. James, Esq. (7760)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Tel: (702) 255-1718
Fax: (702) 255-0871
Email: ljw@cjmlv.com;
elj@cjmlv.com
*Attorneys for Plaintiffs*

COZEN O'CONNOR

By:/s/ Michael W. Melendez
Michael W. Melendez, Esq. (6741)
3753 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Tel: (415) 593-9610
Fax: (415) 692-3688
Email: mmelendez@cozen.com
*Attorneys for Defendant Freyssinet, Inc.*

| | |
|---|---|
| MCDONALD CARANO LLP | FLINT CONNOLLY & WALKER, LLP |
| By:/s/ George F. Ogilvie<br>George F. Ogilvie III, Esq. (3552)<br>2300 W Sahara Ave., Suite 1200<br>Las Vegas, NV 89102<br>gogilvie@mcdonaldcarano.com<br>*Attorneys for M. A. Mortenson Company, McCarthy Building Companies, Inc., Mortenson-McCarthy Las Vegas Stadium, a Joint Venture, Federal Insurance Company and Travelers Casualty and Surety Company of America* | By:/s/ David L. Walker<br>David L. Walker, Esq. (1663)<br>131 East Main Street<br>Canton, Georgia 30114<br>Tel: 770-720-4411<br>Fax: 770-720-3030<br>Email: dwalker@fcwlawfirm.com<br>*Attorneys for Defendant Raydeo Enterprises, Inc.* |

IT IS SO ORDERED.

_____
ANNE R. TRRAUM
UNITED STATES DISTRICT JUDGE

DATED: September 23, 2022

3